IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSAL FURNITURE )
INTERNATIONAL, INC )
)
    Plaintiff, )
)
v )    Civil Action No 1 03CV00558
)
LIFESTYLE ENTERPRISE, INC , )
)
    Defendant )
)

FILED SEP 28 2005

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, having stipulated to the dismissal of this action with prejudice on the following terms,

IT IS ORDERED, that this action is dismissed with prejudice, each party to bear its own costs and fees The Court will retain jurisdiction to enforce compliance with the terms of the parties' settlement agreement

This 28 day of September, 2005

_____
United States District Judge